No. 78-1496. LOCAL 13000, UNITED STEELWORKERS OF AMERICA, AFL-CIO-CLC v. PARSON ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration of this petition.

No. 77-1833. SUN OIL COMPANY OF PENNSYLVANIA v. UNEMPLOYMENT COMPENSATION BOARD OF REVIEW OF PENNSYLVANIA ET AL., 440 U. S. 977;

No. 78-1216. BRITISH AIRWAYS BOARD v. BOEING CO., 440 U. S. 981; and

No. 78-6289. CZORNONOH v. UNITED STATES SECRET SERVICE; and CZORNONOH v. STALLARD ET AL., ante, p. 912. Petitions for rehearing denied. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions.